**ORDERED.**

Dated: September 11, 2007

*Eileen W. Hollowell*
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

---

CHARLES R. SMITH, P.C.
600 East Speedway
Tucson, AZ 85705
(520) 747-0011 Telephone
(520) 747-0250 Facsimile
Charles.Smith@azbar.org E-mail
Charles R. Smith - SBN No.: 011320
Attorney for Debtor(s)

# IN THE UNITED BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 13 |
| RAY, BARRY O. | CASE NO. 4-05-5183-EWH |
| RAY, SANDRA G. | ORDER APPROVING MORATORIUM AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE |
| Debtor(s). | |

The Motion for Moratorium and Application for Payment of Administrative Expense having come before this court, and after notice properly given and opportunity for hearing thereon;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Debtors' have made payments totaling **$21,405.00** to the Trustee which shall represent all payments through **November, 2006**. Debtors' proposes to have a suspension of payments for **December, 2006 through April, 2007**, and will thereafter pay **$1,850.00** for **May, 2007, through September, 2009**, for a total of **$75,055.00**, the total amount to be paid hereunder.

2. Charles R. Smith, as attorney for Debtors', shall be paid through the Chapter 13 Plan, in addition to such previously approved fees, attorney's fees Plan in the amount of $1,000.00 as an

1

administrative expense to be paid prior to commencement of payment on creditor claims following entry of this Order.

3. All other provisions of the Debtor's Plan not modified hereby shall remain in full force and effect.

Dated:_____           BY THE COURT

                                _____
                                THE HONORABLE EILEEN W. HOLLOWELL
                                United States Bankruptcy Judge

Approved as to form and content:

Date: 9/6/07                    _____
                                Charles R. Smith
                                Attorney for Debtor(s)

Date:_____            _____
                                Dianne C. Kerns
                                Chapter 13 Trustee

GRANTED

SIGNED BY TRUSTEE ON 8/28/07

2